**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mary Slavik,

        Plaintiff,

v.

NCO Financial Systems, Inc.,

        Defendant.

Court File No.:  08-527 (PAM/JSM)

**ORDER FOR JUDGMENT**

The Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July   15 ,    2008

**BY THE COURT:**

s/Paul A. Magnuson
Paul A. Magnuson
Judge of U.S. District Court